**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| MIGUEL ANGEL MARQUEZ-RODRIGUEZ, | Case No. 26-cv-3577-BAS-JAC |
|---|---|
| Petitioner, | **ORDER DISMISSING AS MOOT PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| TODD BLANCHE, *et al.*, | |
| Respondents. | |

Petitioner Miguel Angel Marquez-Rodriguez filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) The Court referred the Petition to Federal Defenders, who appeared on behalf of Petitioner. (ECF Nos. 4, 6.) The Government has now notified the Court that Petitioner has been removed from the United States on June 27, 2026. (ECF No. 8.) Accordingly, the Court **DISMISSES AS MOOT** the Petition and all other pending requests. (ECF Nos. 2, 3.)

The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

**DATED: July 7, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 1 -

26cv3577